THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS, | CASE NO. C17-1401-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIED SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion to extend time for Defendants to respond to Plaintiff's complaint (Dkt. No. 7). The Court hereby ORDERS that the deadline for Defendants Allied Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company and Lexington Insurance Company to respond to Plaintiff's complaint is extended through March 20, 2018.

//

//

//

MINUTE ORDER
C17-1401-JCC
PAGE - 1

1     DATED this 22nd day of February 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C17-1401-JCC
PAGE - 2