THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS, | CASE NO. C17-1401-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIED SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY, and LEXINGTON INSURANCE COMPANY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to extend time for Defendants to respond to Plaintiff's complaint (Dkt. No. 10). Finding good cause, the Court ORDERS that the deadline for Defendants Allied Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company and Lexington Insurance Company to respond to Plaintiff's complaint is extended through April 19, 2018.

//

//

//

1        DATED this 16th day of March 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk