THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS, | CASE NO. C17-1401-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECTINSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

DATED this 29th day of May 2018

    William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk